WILLIAMSBURGH POWER PLANT CORPORATION, Appellant,
v. CITY OF NEW YORK et al., Respondents.

Argued January 17, 1939; decided February 21, 1939.

*Harold L. Warner* and *George D. Yeomans* for appellant.
*William C. Chanler*, Corporation Counsel (*Paxton Blair*,
*Sol Charles Levine* and *Meyer Bernstein* of counsel), for
respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.